**ZFATY | BURNS**
ISAAC R. ZFATY, State Bar No. 214987
GARRETT M. PRYBYLO, State Bar No. 304994
660 Newport Center Drive, Suite 470
Newport Beach, CA 92660
Telephone: (949) 398-8080
Facsimile: (949) 398-8081
irz@zfatyburns.com

Attorneys for Plaintiff
BARAKA HOLDING, LLC
SHEHZAD DALAL and OZMAN MOHIUDDIN

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

| | |
|---|---|
| BARAKA HOLDINGS, LLC, a Washington limited liability company; OZMAN MOHIUDDIN, an individual; SHEHZAD DALAL, an individual,<br><br>　　　　　Plaintiffs,<br>　v.<br>INTERLAB, LLC; a Missouri limited liability company; MALIK KARIM, an individual; MOEED SIDDIQI, an individual,<br>　　　　　Defendants. | Case No.: 8:19-cv-01512-DOC-JDE<br>Assigned for all purposes to:<br>Hon. Judge David O. Carter<br>Dept.: 9D<br><br>**ORDER OF DISMISSAL** |

ZFATY | BURNS
660 NEWPORT CENTER DRIVE
SUITE 470
NEWPORT BEACH
CALIFORNIA 92660
(949) 398-8080

**ORDER OF DISMISSAL**

**ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedures 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY, DISMISSED WITHOUT PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Dated: __June 2__, 2020            _____
                                                    DAVID O. CARTER
                                                    UNITED STATES DISTRICT JUDGE

ZFATY | BURNS
660 NEWPORT CENTER DRIVE
SUITE 470
NEWPORT BEACH
CALIFORNIA 92660
(949) 398-8080

- 1 -
**ORDER OF DISMISSAL**